## WATERS *v.* SCOTTISH AMERICAN MORTGAGE COMPANY LIMITED.

GILBERT, Justice. This is a suit for rescission of a contract of purchase and sale of land, because of the loss of a part of the land from alleged defect of title. The petition alleges that such loss is due to an outstanding paramount title to 163-1/2 acres of the 369-1/4 acres purchased. The record shows that the alleged paramount title is a voluntary deed. The record of this deed was not notice to the mortgage company, and there is no allegation in the petition that the mortgage company had actual notice at the time they took their security deed to both tracts of land. *Held:*

1. The mortgage company, as against the holder of the remainder interest under the voluntary deed, obtained a superior title to such remainder interest to the entire interest of its grantor.

2. The petitioner received a superior title based on her deed from the mortgage company to the 369-1/4 acres of land.

3. There being no deficiency, the court did not err in sustaining the general demurrer and dismissing the petition.

*Judgment affirmed. All the Justices concur.*

No. 10713. MAY 16, 1935.

*D. C. Jones,* for plaintiff.

*Ryals, Anderson & Anderson,* for defendant.